NUMBER 13-04-00621-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 

IN RE: KIRK WAYNE MCBRIDE, SR.

__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Garza 
Per Curiam Memorandum Opinion




         Relator, Kirk Wayne McBride, Sr., filed a petition for writ of mandamus in the
above cause on November 22, 2004. The Court, having examined and fully
considered the petition for writ of mandamus and response, is of the opinion that
relator has not shown himself entitled to the relief sought. See Tex. R. Civ. Prac. &
Rem. Code Ann. § 14.008 (Vernon 2002) (on filing of motion to dismiss and request
for hearing on said motion, trial court shall suspend discovery relating to claim pending
hearing on dismissal motion).


 Accordingly, the petition for writ of mandamus is
DENIED. See Tex. R. App. P. 52.8(a). 
                                                                                 PER CURIAM


Memorandum Opinion delivered and filed
this 15th day of December, 2004.